# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150404(28)(29)

IN RE J. CEDRIC SIMPSON, JUDGE
14A DISTRICT COURT                                    SC: 150404
                                                      JTC Formal Complaint 96
BEFORE THE JUDICIAL TENURE COMMISSION
_____

      On order of the Chief Justice, the motion for immediate consideration is GRANTED. The motion of the Judicial Tenure Commission to expedite the matter by issuing a scheduling order with shortened time requirements for filing a supplemental petition and response thereto is considered, and it is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2016

